NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED, THAI PREMIUM PIPE COMPANY LTD.,**
*Plaintiffs-Appellees*

**PACIFIC PIPE PUBLIC COMPANY LIMITED,**
*Plaintiff*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

**WHEATLAND TUBE COMPANY,**
*Defendant*

---

2022-1173

---

Appeal from the United States Court of International Trade in Nos. 1:18-cv-00214-JCG, 1:18-cv-00219-JCG, and 1:18-cv-00231-JCG, Judge Jennifer Choe-Groves.

-------------------------------------------------

**SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED, THAI PREMIUM PIPE COMPANY LTD.,**
*Plaintiffs-Appellees*

**PACIFIC PIPE PUBLIC COMPANY LIMITED,**
*Plaintiff*

**v.**

**UNITED STATES,**
*Defendant*

**WHEATLAND TUBE COMPANY,**
*Defendant-Appellant*

———————————

2022-1175

———————————

Appeal from the United States Court of International Trade in Nos. 1:18-cv-00214-JCG, 1:18-cv-00219-JCG, and 1:18-cv-00231-JCG, Judge Jennifer Choe-Groves.

———————————

**ON MOTION**

———————————

**O R D E R**

Upon consideration of the United States' unopposed motion to voluntarily dismiss Appeal No. 2022-1173, and the parties' responses regarding how Appeal No. 2022-1175 should proceed,

IT IS ORDERED THAT:

(1)  The motion is granted to the extent that the above-captioned appeals are deconsolidated and Appeal No. 2022-1173 is dismissed.

(2)  Each side shall bear its own costs regarding Appeal No. 2022-1173.

(3)  The stay is lifted in Appeal No. 2022-1175. Wheatland Tube Company's opening brief is due within 60 days of the date of filing of this order.

SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED v. US          3

(4) Any request for affirmance of Appeal No. 2022-1175 should be made to the court by motion or in the response brief.

(5) The revised official captions are reflected above.

FOR THE COURT

July 12, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

ISSUED AS A MANDATE (for 2022-1173 only): July 12, 2022